Saturday, June 9, 2006                                      RECEIVED

Ms. Rhonda King, Case Administrator
United States Bankruptcy Court                              2006 JUN 16  P 2: 08
   for the Middle District of Alabama
P.O. Box 1248
Montgomery, AL 36102-1248

    Re: My "Petition for Writ of Mandamus" filed about a month ago
       in the U.S. District Court, Middle District of Alabama;
      Your return of my $50 filing fee (enclosed)

Dear Ms. King:

About a month ago, I filed a pleading named:

    "Petition for Writ of Mandamus Directed to the Hon. William R.
    Sawyer, as Chief Judge of the U.S. Bankruptcy Court for the
    Middle District of Alabama."

By letter dated May 5, 2006 (copy enclosed), you returned my filing fee, stating that such a fee was not required. However, I thought I had mailed and filed my Petition with the U.S. District Court, not with your court. After all, it would make little sense to ask your court to mandamus itself.

In any event, I am returning that filing fee to you, with a request that you send my Petition, and the filing fee, to the Clerk of the U. S. District Court, Ms. Debra P. Hackett, with an explanation that my Petition was (or at least should have been) originally addressed to that Court.

Respecfully,

*[signature]*

Kenneth Williford

Kenneth Williford
229597   B-38
100 Warrior Lane
Bessemer, AL 35023-7299