IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **KENNETH WILLIFORD,** ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv537-MHT |
| ) | (WO) |
| **WILLIAM R. SAWYER, etc.,** ) | |
| ) | |
| Respondent. ) | |

## OPINION

The court now has before it the petition for writ of mandamus filed by petitioner. The petition is due to be denied. Petitioner should file a formal pleading in the Bankruptcy Court in the case at issue, and, if he is then dissatisfied with the ruling, he can then appeal to this court. A mandamus petition is not the appropriate method to seek review of a "letter" petitioner alleges he wrote to the Bankruptcy Court.

An appropriate judgment will be entered.

DONE, this the 23rd day of June, 2006.

                             /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE