IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KENNETH WILLIFORD, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv537-MHT |
| | ) | (WO) |
| WILLIAM R. SAWYER, etc., | ) | |
| | ) | |
|    Respondent. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that the petition for writ of mandamus (doc. no. 1) is denied.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 23rd day of June, 2006.

                                            /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE