```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602002759
Cashier ID: brobinso
Transaction Date: 01/03/2008
Payer Name:  DONALDSON CORRECTIONAL FACILI
-----------------------------------------
PLRA CIVIL FILING FEE
 For: KENNETH HAROLD WILLIFORD
 Case/Party: D-ALM-2-06-CV-000537-001
 Amount:         $30.00
-----------------------------------------
CHECK
 Remitter: WM E DONALDSON CORRECTIONAL FA
 Check/Money Order Num: 15061
 Amt Tendered:  $30.00
-----------------------------------------
Total Due:      $30.00
Total Tendered: $30.00
Change Amt:     $0.00
```